DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHERRILL V. HANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-435 LJO |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. | ORDER THEREON |
| SHERRILL V. HANSON, | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant SHERRILL V. HANSON, through her undersigned counsel, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to Defendant of the requirement of her appearance at said time and place.

///

///

///

Defendant makes this request because Defendant lives approximately five hours from the courthouse and the time, distance and expense involved in traveling to Fresno for court appearances is a financial and personal hardship on her. Defendant's ability to travel is further limited by her medical condition, which requires multiple dialysis treatments each week. For these reasons, Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

Counsel for Defendant has consulted with both counsel for the government and with a representative of the Office of Pretrial Services and neither oppose this request. This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Dated:  December 29, 2011                 /s/ Jeremy S. Kroger
                                          JEREMY S. KROGER
                                          Assistant Federal Defender
                                          Counsel for Defendant

### **O R D E R**

GOOD CAUSE APPEARING, Defendant's appearance is waived at any and all non-substantive pretrial proceedings until further order. Defendant must appear at all substantive proceedings, including any potential substantive hearings, trial or change of plea.

IT IS SO ORDERED.

**Dated:   December 30, 2011**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE