DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHERRILL V. HANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00435 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE; |
| | ) | ORDER THEREON |
| SHERRILL V. HANSON, | ) | |
| | ) | Date:   April 2, 2012 |
| Defendant. | ) | Time:  1:00 p.m. |
| _____ | ) | Dept :  Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for January 30, 2012, **may be continued to April 2, 2012 at 1:00 p.m.**, before Magistrate Judge Sheila K. Oberto

The parties jointly request this continuance to allow time to conduct plea negotiations, and so that defense counsel has time to review the substantial discovery and conduct its own investigation.   The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).


BENJAMIN B. WAGNER
United States Attorney

DATED: January 26, 2012          By:    /s/ Jeremy Jehangiri
                                        JEREMY JEHANGIRI
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: January 26, 2012          By:    /s/ Jeremy S. Kroger
                                        JEREMY S. KROGER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Sherrill V. Hanson


**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

**Dated:    January 26, 2012             /s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE