1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   JEREMY S. KROGER, Bar #258956
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   SHERRILL V. HANSON

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO.  1:11-cr-00435 LJO-SKO
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE
                                     )   STATUS CONFERENCE;
13       v.                          )   [PROPOSED] ORDER THEREON
                                     )
14  SHERRILL V. HANSON,              )   Date:  July 16, 2012
                                     )   Time: 1:00 p.m.
15              Defendant.           )   Dept:  7
    _____)
16

17       IT IS HEREBY STIPULATED by and between the parties hereto, and through their

18  respective attorneys of record herein, that the status conference hearing in the above-referenced

19  action now scheduled for April 2, 2012, **may be continued to July 16, 2012 at 1:00 p.m.**, before

20  Magistrate Judge Sheila K. Oberto.

21       Defense counsel requests this continuance because additional time is needed to conduct

22  an investigation.  The defendant and most of the relevant witnesses reside approximately five

23  hours outside of Fresno, and defendant is legally blind, which renders her review of the discovery

24  particularly onerous and time-consuming.

25  / / /

26  / / /

27  / / /

28  / / /

1    The parties agree that the delay resulting from the continuance shall be excluded in the

2  interests of justice, including but not limited to, the need for the period of time set forth herein

3  for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

4

5                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
6

7  DATED: March 22, 2012          By:    /s/ Jeremy Jehangiri
                                          JEREMY JEHANGIRI
8                                         Assistant United States Attorney
                                          Attorney for Plaintiff
9

10

11                                                   DANIEL J. BRODERICK
                                                     Federal Defender
12

13  DATED: March 22, 2012         By:    /s/ Jeremy S. Kroger
                                          JEREMY S. KROGER
14                                        Assistant Federal Defender
                                          Attorney for Defendant
15                                        Sherrill V. Hanson

16

17                              **O R D E R**

18    **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

19  §§ 3161(h)(7)(A) and (B).

20

21  IT IS SO ORDERED.

22  **Dated:    March 23, 2012**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

Hanson/Stip to Continue
Status Conference
                                        2