JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEREMY KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
SHERRILL V. HANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 1:11-cr-00435 LJO-BAM |
| )  Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v.  ) | STATUS CONFERENCE; |
| ) | ORDER THEREON |
| SHERRILL V. HANSON,  ) | |
| ) | Date:  May 13, 2013 |
| Defendant.  ) | Time:  1:00 p.m. |
| ) | Dept :  Hon. Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for April 8, 2013, **may be continued to May 13, 2013 at 1:00 p.m.**

   The parties request this continuance to allow Ms. Hanson an opportunity to review the anticipated Superseding Indictment and discuss her options with her attorney prior to her court date.  The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: April 2, 2013                By:    /s/ *Mark J. McKeon*
                                                     MARK J. McKEON
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff


                                                JOSEPH SCHLESINGER
                                                Acting Federal Defender

DATED: April 2, 2013                By:    /s/ *Jeremy Kroger*
                                                     JEREMY S. KROGER
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   SHERRILL HANSON

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

      IT IS SO ORDERED.

    **Dated:**   **April 2, 2013**                **/s/ Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE