UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

SHERRILL V. HANSON,

      Defendant.

_____/

Case No. 1: 11-CR-00435-LJO-BAM

**ORDER REQUIRING PERSONAL APPEARANCE OF SHERRILL HANSON**

TO DEFENDANT SHERRILL V. HANSON AND HER ATTORNEY OF RECORD:

      Defendant Sherrill V. Hanson is ORDERED TO PERSONALLY APPEAR at the next status conference which is set for 1:00 p.m. on June 8, 2015 in Department 8 of the Federal Courthouse, 2500 Tulare Street, Fresno, CA 93721.

      **Failure to appear by Sherrill Hanson will result in issuance of a bench warrant for the arrest of Sherrill Hanson.**

      The Clerk of the Court is directed to serve a copy of this order on defendant at 615 North Bowers, Big Pine, California 93513.

IT IS SO ORDERED.

    Dated: __**May 28, 2015**__               __/s/ *Barbara A. McAuliffe*__

                                       UNITED STATES MAGISTRATE JUDGE

1