**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
SHERILL HANSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHERILL HANSON,<br><br>    Defendant | ) Case No.: Case No.1:11-CR-00435 LJO BAM<br>)<br>)<br>) **DEFENDANTS REQUEST AND WAIVER**<br>) **OF APPEARANCE; ORDER**<br>)<br>)<br>)<br>)<br>) |

Defendant, SHERILL HANSON, hereby waives her appearance in person in open court upon the Status Conference set for Monday, August 24, 2015.  Defendant hereby requests the court to proceed in her absence and agrees that her interest will be deemed represented at said hearing by the presence of her attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 8/20/2015                                        */s/Sherrill Hanson*
                                                       SHERRILL HANSON

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant SHERRILL HANSON is hereby excused from appearing at the 17th Status Conference hearing for Monday, August 24, 2015 at 1:00 PM before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **August 20, 2015**                    /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE