**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
SHERRILL HANSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHERRILL HANASON,<br><br>　　　　Defendant | Case No.: 11-CR-00435 LJO BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND MARK J. MCKEON, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, SHERRILL HANSON, by and through her attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Tuesday, January 19, 2016 be continued to Monday, January 25, 2016.

　　I recently met with Ms. Hanson to review her Presentencing Investigation Report. At the time of our meeting, I received information regarding her background which I believed will be helpful to the court at the time of sentencing. I anticipate completing and filing her sentencing statement no later than Monday, January 18, 2016. Continuing the sentencing to January 25, 2016 will afford AUSA McKeon ample time to file a response. Ms. Hanson is prepared to waive

time. I have spoken to AUSA Mark McKeon, and he has no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 1/13/16                     */s/ David A Torres*_____
                                   DAVID A. TORRES
                                   Attorney for Defendant
                                   SHERRILL HANSON

DATED:1/13/16                      */s/MARK MCKEON*_____
                                   MARK MCKEON
                                   Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to January 25, 2016 at 9:30am.

Dated:_January 13, 2016            /s/ Lawrence J. O'Neill_____
                                   UNITED STATES DISTRICT JUDGE